UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20071-CR-JORDAN

UNITED STATES OF AMERICA,   )
                            )
vs.                         )
                            )
MARTIN GARVEY               )
_____)

**JUDGMENT OF ACQUITTAL**

In light of the jury verdict, judgment of acquittal is hereby entered in favor of defendant Martin Garvey on Counts 1 through 6 of the Indictment.

DONE and ORDERED at Miami, Florida this 3rd day of May, 2011

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

cc:   Harry Schimkat, AUSA
      Hector Flores, Esq.
      U. S. Probation
      U.S. Marshal